IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

PATRICK FLAYTER,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　　No. 03-1235-B/P

CORRECTIONS CORPORATION OF
AMERICA, et al.,

    Defendants.

---

### ORDER OF REFERENCE

---

The above matter is hereby referred to Magistrate Judge Tu Pham for all discovery and non-dispositive motions presently pending and/or filed during the course of this litigation.

**IT IS SO ORDERED** this 6th day of May, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 05-09-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 32 in case 1:03-CV-01235 was distributed by fax, mail, or direct printing on May 9, 2005 to the parties listed.

---

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Honorable J. Breen  
US DISTRICT COURT